UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MANVEL HAKOBYAN,
Petitioner,
v.
JAMES JANECKA, et al.,
Respondents.

Case No. 5:26-cv-05203-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are ordered to release **Manvel Hakobyan (A# 244-336-989)** from custody immediately under conditions of supervision found to be appropriate by the decisionmaker.
3. The Clerk of Court is directed to close this case.

DATED: September 17, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE